462 A.2d 206

**COMMONWEALTH of Pennsylvania**

v.

**Cecil HOLMES, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 22, 1983.

Decided July 5, 1983.

Louis Lipschitz, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div. Asst. Dist. Atty., Marianne Cox, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.